IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **ANTONIO BELLO, MIGUEL SANCHEZ, AND RAPHEAL GONZALEZ,** on behalf of themselves and all other plaintiffs known and unknown,<br><br>　　　　Plaintiffs<br><br>　　v.<br><br>**IVANHOE CLUB, RAYMOND KONDZIELA, INDIVIDUALLY, AND TOM PRICHARD, INDIVIDUALLY**<br><br>　　　　Defendants | **N<u>o.</u>** 07 CV 7121<br><br>**Honorable Judge Moran**<br><br><br><br>*<u>JURY DEMAND</u>* |

## NOTICE OF FILING

TO:　Gregg I. Minkow
　　　Hinshaw & Culbertson LLP
　　　222 N. LaSalle Street, Suite 300
　　　Chicago, IL 60601-1081

　　　PLEASE TAKE NOTICE that on January 21, 2008, I shall cause to be filed with the Clerk of the United States District Court locate at the Everett Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, **Defendants' Executed Waiver Of Service**, a copy of which is attached hereto.

　　　　　　　　　　　　　　　　　s/ John W. Billhorn
　　　　　　　　　　　　　　　　　*Electronically Filed 01/21/2008*

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　John W. Billhorn

## CERTIFICATE OF SERVICE

  The undersigned, hereby states under oath, that on 01/21/2008, he caused to be served upon the attorneys of record shown above, the pleading referenced herein by the Court's ECF system or as otherwise directed.

                 s/ John W. Billhorn
                 _____
                 John W. Billhorn

BILLHORN LAW FIRM
515 N. State Street / Suite 2200
Chicago, Illinois 60610
(312) 464-1450