IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **ANTONIO BELLO, MIGUEL SANCHEZ, AND RAPHEAL GONZALEZ,** on behalf of themselves and all other plaintiffs known and unknown, <br><br> Plaintiffs <br><br> v. <br><br> **IVANHOE CLUB, RAYMOND KONDZIELA, INDIVIDUALLY, AND TOM PRICHARD, INDIVIDUALLY** <br><br> Defendants | **N<u>o</u>.** 07 CV 7121 <br><br> **Honorable Judge Moran** <br><br><br><br> *<u>JURY DEMAND</u>* |

## NOTICE OF MOTION

TO:   Gregg I. Minkow, et al
      Hinshaw & Culbertson, LLP
      222 N. LaSalle Street, Suite 300
      Chicago, IL 60601


     PLEASE TAKE NOTICE that on <u>March 4, 2008</u> at 9:00 a.m. that we shall appear before the <u>Honorable Judge Moran</u> in <u>Courtroom 1843</u> of the United States Courthouse, 219 S. Dearborn, Chicago, IL., and then and there present the attached **PLAINTIFFS' MOTION TO COMPEL DEFENDANTS TO RESPOND TO WRITTEN DISCOVERY**, a copy of which is hereby served upon you.

                                                                         s/ John W. Billhorn
                                                                   *Electronic Filed 2/28/2008*

                                                                   _____
                                                                   John W. Billhorn

BILLHORN LAW FIRM
515 N. State Street / Suite 2200
Chicago, IL 60610
(312) 464-1450

2

## CERTIFICATE OF SERVICE

      The undersigned, a non-attorney, hereby attests under oath that on February 28, 2008, she caused to be served upon the attorneys of record herein **PLAINTIFFS' MOTION TO COMPEL DEFENDANTS TO RESPOND TO WRITTEN DISCOVERY,** by means of the courts ECF system or as other wise directed.

      s/ Jodi S. Hoare

      _____
      Jodi S. Hoare