# Exhibit B


**HINSHAW**
& CULBERTSON LLP

February 22, 2008

**ATTORNEYS AT LAW**

222 North LaSalle Street
Suite 300
Chicago, IL 60601-1081

312-704-3000
312-704-3001 (fax)
www.hinshawlaw.com

**VIA FACSIMILE**
John W. Billhorn, Esq.
Billhorn Law Firm
515 N. State Street, Suite 2200
Chicago, IL 60610

Re:  *Antonio Bello, et al. v. Ivanhoe Club, et al.*, Case No. 07 C 7121;
     **Request for Rule 23(f) Conference**

Dear John:

As you know, we have filed an answer in the above matter and have received your letter of February 11, 2008. Your letter really does not answer the questions asked in mine of February 6, 2008, but instead makes a counter-demand for information that you are not automatically entitled to.

Having said that, it remains our desire to seek a rapid resolution of this case if that is possible, but one which recognizes what we believe are some glaring weaknesses in your clients' position. I suggest we meet sometime in the next week or two for the purpose of conducting our Rule 23(f) conference on discovery, and concurrently discussing generally how we see the case and where we think it is going. Please feel free to call me at your convenience to arrange such a conference.

Very truly yours,

HINSHAW & CULBERTSON LLP

Gregg I. Minkow
312-704-3955
gminkow@hinshawlaw.com

GIM:mbc



**HINSHAW**
& CULBERTSON LLP

ATTORNEYS AT LAW
222 N. LaSalle, Suite 300
Chicago, IL 60601

T 312-704-3000
F 312-704-3001
www.hinshawlaw.com

February 22, 2008

## FACSIMILE TRANSMISSION

| | | | |
|---|---|---|---|
| TO: | COMPANY: | FAX NO.: | PHONE NO.: |
| John Billhorn | Billhorn Law Firm | (312) 464-1459 | |

FROM: Gregg I. Minkow     USER ID: 1196

MATTER NAME: Antonio Bello, et al. v. Ivanhoe Club, et al.     MATTER NO.: 07 C 7121

NO. OF PAGES (including this Cover): 2     SENDING OPERATOR:

RETURN TO: (other than above)

Sent by Office Services: 312-704-3340

COMMENTS, IF ANY:

Please see attached correspondence.

**HARD COPY:** Original Will Not Be Sent

If you do not receive the number of pages listed above, please call 312-704-3000. The documents that accompany this facsimile contain confidential and privileged information and are intended solely for the use of the individual or entity to whom this transmission is directed. Any disclosure of the information herein is unauthorized and strictly prohibited. If you are not the intended recipient of this facsimile, please respond by facsimile to the number above or call the sending operator at our expense immediately so that we may arrange for the return of this document to us at no cost to you. Thank you.

Hinshaw & Culbertson LLP is an Illinois registered limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).

6280855v1 798051

```
** Transmit Conf. Report **
P.1                                            Feb 22 2008 16:49

| Fax/Phone Number   | Mode   | Start    | Time  | Page | Result | Note |
| 913124641459#7548  | NORMAL | 22,16:49 | 0'47" | 2    | * O K  |      |
```



& CULBERTSON LLP

**ATTORNEYS AT LAW**
222 N. LaSalle, Suite 300
Chicago, IL 60601

T 312-704-3000
F 312-704-3001
www.hinshawlaw.com

February 22, 2008

## FACSIMILE TRANSMISSION

| TO: | COMPANY: | FAX NO.: | PHONE NO.: |
| John Billhorn | Billhorn Law Firm | (312) 464-1459 | |

FROM: Gregg I. Minkow          USER ID: 1196

MATTER NAME: Antonio Bello, et al. v. Ivanhoe Club, et al.     MATTER NO.: 07 C 7121

NO. OF PAGES (including this Cover):  2      SENDING OPERATOR:

RETURN TO: (other than above)

Sent by Office Services: 312-704-3340

COMMENTS, IF ANY:

Please see attached correspondence.

HARD COPY: Original Will Not Be Sent