# Exhibit E

# HINSHAW
& CULBERTSON LLP

February 6, 2008

**ATTORNEYS AT LAW**

222 North LaSalle Street
Suite 300
Chicago, IL 60601-1081

312-704-3000
312-704-3001 (fax)
www.hinshawlaw.com

<u>VIA HAND DELIVERY AND FACSIMILE</u>

John W. Billhorn, Esq.
Billhorn Law Firm
515 N. State Street, Suite 2200
Chicago, IL 60610

Re:  Antonio Bello, et al. v. Ivanhoe Club, et al., Case No. 07 C 7121;
Request for Information In Order to Attempt Early Resolution of
Claims

Dear Mr. Billhorn:

As you know, we represent the defendants in the above-entitled lawsuit. In reviewing your Complaint in that case, we note that it is extremely vague with respect to the hours that allegedly were worked but not counted by the employer, and which form the core of your clients' claims. This lack of detail makes it impossible to evaluate either the merits of the plaintiffs' claims or the amount of damages sought, so that we can engage in a meaningful settlement discussion even if we conclude that the claims are totally without merit.

We both know that these kinds of claims often involve very small amounts claimed as due to the plaintiffs for unpaid wages, and much higher amounts sought by way of attorneys' fees for prosecuting the claims. My clients are therefore interested in identifying as quickly as possible the amount of money in controversy, so that we can determine the feasibility of an early settlement regardless of whether the case has merit, and thereby avoid the unnecessary accrual of attorney's fees on either side of the case.

To help us in that endeavor, please tell us, within the next week, how many employees in total are claimed to have worked uncompensated hours, and how many total hours are claimed to have been worked without compensation.

In addition, please provide to us, within the next week, the following information with respect to each of the named plaintiffs, and with respect to each member of the alleged class of additional plaintiffs on whose behalf the above lawsuit purports to have been brought:

1.  The precise hours worked each week for which compensation is alleged to be due and owing. For example, if any of the named plaintiffs or class members claim to have worked the week of January 1, 2007, please identify that employee; the hours he or she claims to have worked during the week in question; the hours for which he or she claims to have been paid by

John W. Billhorn, Esq.
February 6, 2008
Page 2

the employer for that week; the work hours for which he or she claims not to have been paid for that week; and the resulting amount allegedly due from the employer for the supposedly uncompensated work hours.

      2.    What documentation or other evidence exists to support each employee's claim with respect to allegedly unpaid work hours. If there are documents, we ask for copies thereof.

      3.    The name of each employee's supervisor(s) during the weeks where unpaid hours are alleged to have been worked.

      4.    Precisely who instructed the employee not to accurately record his or her work time.

      5.    Whether each employee has pay stubs, forms W-2, or forms 1099, and whether the employee filed income tax returns showing income received, for each of the years covering the work weeks at issue. If so, we ask for copies thereof.

Presumably, you already have the foregoing information at your finger tips, at least with respect to the named plaintiffs and some number of the alleged class members, in order to have filed the above lawsuit in good faith as required by Rule 11 of the Federal Rules of Civil Procedure. If you can provide us with this information within the next week, as requested above, then we will be better able to evaluate whether the case can be resolved immediately, without the need for your clients (or mine) to incur any significant attorney's fees whatsoever.

Please call me or write to me upon receipt of this letter, in order to confirm whether you are able and willing to provide us with the foregoing information as requested.

                Very truly yours,

                HINSHAW & CULBERTSON LLP

                Gregg I. Minkow
                312-704-3955
                gminkow@hinshawlaw.com

GIM:co
cc:    Ray Kondziela
       Tom Prichard



# HINSHAW
& CULBERTSON LLP

**ATTORNEYS AT LAW**
222 N. LaSalle, Suite 300
Chicago, IL 60601

T 312-704-3000
F 312-704-3001
www.hinshawlaw.com

February 6, 2008

## FACSIMILE TRANSMISSION

**TO:** John Billhorn

**COMPANY:** Billhorn Law Firm

**FAX NO.:** (312) 464-1459

**PHONE NO.:**

**FROM:** Gregg I. Minkow

**USER ID:** 1196

**MATTER NAME:** Antonio Bello, et al. v. Ivanhoe Club, et al.

**MATTER NO.:** 798051

**NO. OF PAGES (including this Cover):** 3

**SENDING OPERATOR:** Nicole Bracik

**RETURN TO:** (other than above)

Sent by Office Services: 312-704-3340

COMMENTS, IF ANY:

**HARD COPY:** Original Will Be Sent by Hand Delivery

If you do not receive the number of pages listed above, please call 312-704-3000. The documents that accompany this facsimile contain confidential and privileged information and are intended solely for the use of the individual or entity to whom this transmission is directed. Any disclosure of the information herein is unauthorized and strictly prohibited. If you are not the intended recipient of this facsimile, please respond by facsimile to the number above or call the sending operator at our expense immediately so that we may arrange for the return of this document to us at no cost to you. Thank you.

Hinshaw & Culbertson LLP is an Illinois registered limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).

6280855v1 798051

```
                Fax:312-704-3002

        ** Transmit Conf. Report **

  P.1                            Feb  6 2008  16:27

 ┌─────────────────┬────────┬────────┬──────┬─────┬────────┬──────┐
 │ Fax/Phone Number│  Mode  │  Start │ Time │Page │ Result │ Note │
 ├─────────────────┼────────┼────────┼──────┼─────┼────────┼──────┤
 │ 94641459#6677   │ NORMAL │ 6,16:27│ 1'10"│  3  │  * O.K │      │
 └─────────────────┴────────┴────────┴──────┴─────┴────────┴──────┘
```



# HINSHAW
& CULBERTSON LLP

**ATTORNEYS AT LAW**
222 N LaSalle, Suite 300
Chicago, IL 60601

T 312-704-3000
F 312-704-3001
www.hinshawlaw.com

February 6, 2008

## FACSIMILE TRANSMISSION

| TO: | COMPANY: | FAX NO.: | PHONE NO.: |
|---|---|---|---|
| John Billhorn | Billhorn Law Firm | (312) 464-1459 | |

**FROM:** Gregg I. Minkow    **USER ID:** 1196

**MATTER NAME:** Antonio Bello, et al. v. Ivanhoe Club, et al.    **MATTER NO.:** 798051

**NO. OF PAGES (including this Cover):** 3    **SENDING OPERATOR:** Nicole Bracik

**RETURN TO:** (other than above) _____

Sent by Office Services: 312-704-3340

COMMENTS, IF ANY:

**HARD COPY:** Original Will Be Sent by Hand Delivery