# Exhibit F

# BILLHORN
# LAW
# FIRM



JOHN W. BILLHORN

February 11, 2008

Mr. Greg Minkow          Via Facsimile:     312) 704-3001
HInshaw & Culbertson LLP
222 N. LaSalle Street
Suite 300
Chicago, IL 60601

                    RE:   Bello, et al v Ivanhoe club
                          Case # 07-CV 7121

Dear Mr. Minkow:

We are in receipt of your 2/6 correspondence to my office inviting early resolution of the case. Although we have never worked with you before on an FLSA case, in the hundreds brought by Plaintiffs' counsel in the federal courts throughout the country, early resolution is a concept we always embrace although not quite in the format you suggested.

In contrast to your generic threat of Rule 11 sanctions, our clients have provided us with a detailed description of time worked off the clock as well as the manner in which management accomplished a manipulation of the time keeping process. This will certainly be a fact intensive debate that would require extensive litigation and discovery and in the end, will likely be better suited for trial than dispositive motions. In that regard, we welcome any procedure that would allow us to identify the proper universe of past and present employees who are potential Plaintiffs and then look to resolution of those who opt-in to the case.

If you are truly interested in reaching early resolution of this matter, you should immediately provide to us an outline of the workforce (by job title) at the Golf club as it exists now and identify any significant changes over the last three (3) years prior to filing of the case. We will need to identify the hourly workers who are or may be entitled to Notice under 216(b) of the FLSA and supporting case law. Once we have agreed upon, or the Court has ruled upon, the proper scope of Notice, we will look to your client to provide the name and address of all past and present employees who have worked in those positions and an agreed upon Notice, or one otherwise approved by the Court, can be forwarded. Once we determine who has opted-in to the case, we can talk about production of the appropriate payroll and time records.

515 N. STATE STREET/ SUITE 2200 CHICAGO, IL 60610
312/ 464-1450 (PH) / 312/ 464-1459 (FX)
jbillhorn@billhornlaw.com     www.wagelawhelp.com     www.billhornlaw.com

Page Two
February 11, 2008
Bello et al v Ivanhoe Club, et al

Let us know if you are interested in proceeding in this fashion. We have written discovery ready to forward to you that goes to the heart of the issues discussed herein, but will hold off if you wish to talk about a reasonable manner to expedite the inevitable process of Notice and Consent.

We look forward to hearing from you.

Sincerely,

BILLHORN LAW FIRM

John W. Billhorn