# Exhibit G

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTONIO BELLO, MIGUEL SANCHEZ, AND RAPHEAL GONZALEZ, on behalf of themselves and all other plaintiffs known and unknown,<br><br>Plaintiffs<br><br>v.<br><br>IVANHOE CLUB, RAYMOND KONDZIELA, INDIVIDUALLY, AND TOM PRICHARD, INDIVIDUALLY<br><br>Defendants | NO. 07 CV 7121<br><br>Honorable Judge Moran<br><br>*JURY DEMAND* |

**CERTIFICATE OF SERVICE**

TO:   Gregg I. Minkow
      Hinshaw & Culbertson LLP
      222 N. LaSalle Street, Suite 300
      Chicago, IL 60601-1081

The undersigned hereby states under oath, that on February 22, 2008, she caused to be served upon the attorneys of record shown above, Plaintiffs' Rule 26(a) Disclosures by U.S. Mail from 515 N. State Street, Chicago, IL, 60610, postage paid.

_____
Jodi S. Hoare

BILLHORN LAW FIRM
515 N. State Street / Suite 2200
Chicago, Illinois 60610
(312) 464-1450

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTONIO BELLO, MIGUEL SANCHEZ, AND RAPHAEL GONZALEZ, on behalf of themselves and all other plaintiffs known and unknown,<br><br>Plaintiffs<br><br>v.<br><br>IVANHOE CLUB, RAYMOND KONDZIELA, INDIVIDUALLY, AND TOM PRICHARD, INDIVIDUALLY<br><br>Defendants | No. 07 CV 7121<br><br>Honorable Judge Moran<br><br><br><br><u>*JURY DEMAND*</u> |

**PLAINTIFFS' RULE 26(a) DISCLOSURES**

NOW COME Plaintiffs, ANTONIO BELLO, MIGUEL SANCHEZ, AND RAPHAEL GONZALEZ, and for their Rule 26(a) Disclosures, states as follows:

(a)1(A).   Plaintiffs will testify as to the hours worked, their rate of pay, and the circumstances of their day-to-day job duties. Plaintiffs believe Defendants will have knowledge of many of the same facts concerning the terms and conditions of employment. All other past and present employees who worked with Plaintiffs, or who worked in the same or similar job as Plaintiffs, may also have knowledge of the non-compliant pay practices alleged herein. Investigation continues as to other witnesses with possible knowledge which support Plaintiffs' claim.

(a)(1)(B).   Plaintiff Miguel Sanchez Plaintiff Rafeal Gonzalez have available for review and copying at Plaintiffs' attorney's office, by appointment, various paystub copies. Investigation continues.

(a)(1)(C).   Plaintiffs are not in possession of all payroll documents necessary to perform damage calculations. Defendants' response to Plaintiff's written discovery may provide the necessary payroll documents.

(a)(1)(D).   Not Applicable.

Respectfully Submitted,

John W. Billhorn