UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
Eastern Division

Antonio Bello, et al.
                    Plaintiff,

v.                                      Case No.: 1:07−cv−07121
                                        Honorable James B. Moran

Ivanhoe Club, et al.
                    Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Wednesday, March 5, 2008:

MINUTE entry before Judge James B. Moran :Plaintiffs' motion to compel defendants to respond to written discovery [11] is taken under advisement. Motion hearing held on 3/5/2008 regarding motion to compel[11]. Mailed notice(ldg, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.