Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 7121 | DATE | 3/6/2008 |
| CASE TITLE | ANTONIO BELLO, et al vs. IVANHOE CLUB, et al | | |

**DOCKET ENTRY TEXT**

Enter Memorandum Opinion And Order. Plaintiffs' motion to compel defendants to respond to written discovery [11] is granted.

■ [ For further detail see separate order(s).]

Docketing to mail notices.



| | | Courtroom Deputy Initials: | LG |
|---|---|---|---|