# Exhibit A



"John Billhorn"
<jbillhorn@billhornlaw.com>
03/11/2008 06:52 PM

To: "'Gregg I Minkow'" <gminkow@hinshawlaw.com>, <mkeberle@lafchicago.org>
cc:
bcc:
Subject: RE: Bello, et al. v. Ivanhoe, et al., No. 07 CV 7121 in the U.S. District Court for the Northern District of Illinois, Eastern Division Notices for Plaintiffs' Depositions

History: This message has been replied to.

Gregg:

I am out of town the week of 3/17 with my family. It is the kids' spring break week. Try again and maybe this time you can check with me regarding my schedule.

The week of 3/24 is also bad, as I have pre-scheduled depositions for a class action case that is set for trial and lawyers are coming in from Cleveland. That will consume 3 or 4 days, depending on how slow the defense attorney is.

I look forward to your proposal in that regard.

John W. Billhorn

Billhorn Law Firm

515 N. State Street / #2200

Chicago, IL 60610

(312) 464-1450

>    -----Original Message-----
>    From: Gregg I Minkow [mailto:gminkow@hinshawlaw.com]
>    Sent: Tuesday, March 11, 2008 4:57 PM
>    To: jbillhorn@billhornlaw.com; mkeberle@lafchicago.org
>    Subject: Bello, et al. v. Ivanhoe, et al., No. 07 CV 7121 in the U.S. District Court for the Northern District of Illinois, Eastern Division Notices for Plaintiffs' Depositions

Attached please find Notice of Deposition for each of the named
Plaintiffs in the above-entitled lawsuit.  Please call me with any
questions.


(Gonzalez)


(Sanchez)


(Bello)


Gregg I. Minkow
Hinshaw & Culbertson LLP
222 N. LaSalle Street, Suite 300
Chicago, IL  60601-1081
(847) 489-6999 Cell
(312) 704-3955 Direct Dial
(312) 704-3001 Facsimile
E-mail:  gminkow@hinshawlaw.com

Hinshaw & Culbertson LLP is an Illinois registered limited liability
partnership that has elected to be governed by the Illinois Uniform
Partnership Act (1997).

The contents of this e-mail message and any attachments are intended
solely for the addressee(s) named in this message. This communication
is intended to be and to remain confidential and may be subject to
applicable attorney/client and/or work product privileges. If you are
not the intended recipient of this message, or if this message has been
addressed to you in error, please immediately alert the sender by reply
e-mail and then delete this message and its attachments. Do not
deliver, distribute or copy this message and/or any attachments and if
you are not the intended recipient, do not disclose the contents or take
any action in reliance upon the information contained in this
communication or any attachments.

No virus found in this incoming message.
Checked by AVG.
Version: 7.5.518 / Virus Database: 269.21.7/1325 - Release Date: 3/11/2008 1:41 PM