# Exhibit B



| | | |
|---|---|---|
| "John Billhorn" <jbillhorn@billhornlaw.com> 03/11/2008 09:14 PM | To | "'Gregg I Minkow'" <gminkow@hinshawlaw.com> |
| | cc | |
| | bcc | |
| | Subject | RE: Bello, et al. v. Ivanhoe, et al., No. 07 CV 7121 in the U.S. District Court for the Northern District of Illinois, Eastern Division Notices for Plaintiffs' Depositions |

I am generally off duty after 9 pm, but you impress me with your willingness to cut short a vacation to take these deps. Maybe you are short on billing for March?

What I would like you to do is to answer our discovery as ordered. I had, a few days ago, invited you to give me a response deadline that you could deal with, but you didn't respond to that email. So by our calculations, Defendants' responses are due 3/28. Once I have those responses and can review the material, I will get to you alternative deposition dates for the Plaintiffs. I note that we presently have your clients set for deps on 4/11, and by my measure of things, those will go first. But I suppose you might take another crack at Judge Moran on that, right?

John W. Billhorn

Billhorn Law Firm

515 N. State Street / #2200

Chicago, IL 60610

(312) 464-1450

>-----Original Message-----
>**From:** Gregg I Minkow [mailto:gminkow@hinshawlaw.com]
>**Sent:** Tuesday, March 11, 2008 8:27 PM
>**To:** John Billhorn
>**Subject:** Fw: Bello, et al. v. Ivanhoe, et al., No. 07 CV 7121 in the U.S. District Court for the Northern District of Illinois, Eastern Division Notices for Plaintiffs' Depositions
>
>
>I have a further suggestion. I, too, have a vacation planned, the week of 3/24. I was willing, nonetheless, to come back for these depositions.
>
>Perhaps we can move everything back a couple of weeks to accommodate our respective schedules. We could take the plaintiffs' depositions the week of 3/31 -- to give you more time -- and we would postpone the deadline for my discovery responses two weeks as well.
>
>Is that acceptable?

Gregg I. Minkow
Hinshaw & Culbertson LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601-1081
(847) 489-6999 Cell
(312) 704-3955 Direct Dial
(312) 704-3001 Facsimile
E-mail: gminkow@hinshawlaw.com

----- Forwarded by Gregg I Minkow/HC01 on 03/11/2008 08:21 PM -----

| | | |
|---|---|---|
| **Gregg I Minkow/HC01** | To | "John Billhorn" <jbillhorn@billhornlaw.com> |
| | cc | |
| 03/11/2008 08:14 PM | Subject | RE: Bello, et al. v. Ivanhoe, et al., No. 07 CV 7121 in the U.S. District Court for the Northern District of Illinois, Eastern Division Notices for Plaintiffs' Depositions  Link |

I would be happy to take the depositions this Thursday or Friday instead, if that is better for you. If not, then please tell me when you can make a mere half day available for us between now and the end of the month. Thanks in advance.

Gregg I. Minkow
Hinshaw & Culbertson LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601-1081
(847) 489-6999 Cell
(312) 704-3955 Direct Dial
(312) 704-3001 Facsimile
E-mail: gminkow@hinshawlaw.com

| | | |
|---|---|---|
| **"John Billhorn" <jbillhorn@billhornlaw.com>** | To | "'Gregg I Minkow'" <gminkow@hinshawlaw.com>, <mkeberle@lafchicago.org> |
| | cc | |
| 03/11/2008 06:52 PM | Subject | RE: Bello, et al. v. Ivanhoe, et al., No. 07 CV 7121 in the U.S. District Court for the Northern District of Illinois, Eastern Division Notices for Plaintiffs' Depositions |

Gregg:

I am out of town the week of 3/17 with my family. It is the kids' spring break week. Try again and maybe this time you can check with me regarding my schedule.

The week of 3/24 is also bad, as I have pre-scheduled depositions for a class action case that is set for trial and lawyers are coming in from Cleveland. That will consume 3 or 4 days, depending on how slow the defense attorney is.

I look forward to your proposal in that regard.

John W. Billhorn

Billhorn Law Firm

515 N. State Street / #2200

Chicago, IL 60610

(312) 464-1450

-----Original Message-----
From: Gregg I Minkow [mailto:gminkow@hinshawlaw.com]
Sent: Tuesday, March 11, 2008 4:57 PM
To: jbillhorn@billhornlaw.com; mkeberle@lafchicago.org
Subject: Bello, et al. v. Ivanhoe, et al., No. 07 CV 7121 in the U.S. District Court for the Northern District of Illinois, Eastern Division Notices for Plaintiffs' Depositions

```
Attached please find Notice of Deposition for each of the named
Plaintiffs in the above-entitled lawsuit.  Please call me with any
questions.
```


(Gonzalez)

(Sanchez)

(Bello)

Gregg I. Minkow
Hinshaw & Culbertson LLP
222 N. LaSalle Street, Suite 300
Chicago, IL  60601-1081
(847) 489-6999 Cell
(312) 704-3955 Direct Dial
(312) 704-3001 Facsimile
E-mail:  gminkow@hinshawlaw.com

Hinshaw & Culbertson LLP is an Illinois registered limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).

The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.

No virus found in this incoming message.
Checked by AVG.
Version: 7.5.518 / Virus Database: 269.21.7/1325 - Release Date: 3/11/2008 1:41 PM

No virus found in this outgoing message.
Checked by AVG.
Version: 7.5.518 / Virus Database: 269.21.7/1325 - Release Date: 3/11/2008 1:41 PM

Hinshaw & Culbertson LLP is an Illinois registered limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).