# Exhibit D



**"John Billhorn "**
**<jbillhorn@billhornlaw.com>**
03/13/2008 11:45 AM

To   "'Gregg I Minkow'" <gminkow@hinshawlaw.com>

cc

bcc

Subject   RE: Bello, et al. v. Ivanhoe, et al., No. 07 CV 7121

Mr. Minkow:

I have your phone message from yesterday, 3/12.

I have advised you earlier that unrecorded communications with you are not possible. You simply have exhibited too much wrath and venom pertaining to this case to be trusted with anything less.

Nevertheless, via email, I am willing to fulfill the complete spirit of LR 37.2 and communicate with you on the pertinent subjects of the discovery at issue.

As of now, I am not available for depositions the week of 3/17 because I am out on vacation. You are out on vacation the week of 3/24 and I have deps involving out of state attorneys coming to Chicago on 3 of those 4 days, perhaps 4 of the 5.

Thereafter, I am tied up with travel that is somewhat uncertain until About April 8. I am going to inquire with my clients as to their availability for the week of April 14. I will try to give you 2 or 3 alternative dates from which to choose.

Please confirm a date by which you will have your written discovery to me. From what I understood from Judge Moran's order, you are to ANSWER the discovery, so we hope not to see any obstinate objections, but I won't hold my breath.

We are in receipt of your client's Rule 26a1 disclosures. Please indicate if you will be producing in your response to our Request to Produce items 1-8 listed under section "B" of the Rule 26a1 disclosures. We view Section B Nos. 3-8 of your disclosures as clearly requested in our Request to Produce. The taped interviews may not be so clear, but we will want to make arrangements for delivery of those recordings to our office in the immediate future. Please advise.

I will get back with you regarding the Plaintiffs' availability the week of 4/14. Of course, they may not all be available on the same day, but we will let you know.