IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTONIO BELLO, MIGUEL SANCHEZ, and RAPHEAL GONZALEZ, on behalf of themselves and all other plaintiffs known and unknown, | )<br>)<br>)<br>) |
| Plaintiffs, | ) Case No.: 07 C 7121<br>)<br>) Judge: James Moran |
| v. | )<br>) |
| IVANOE CLUB, RAYMOND KONZIELA, individually, and TOM PRICHARD, individually, | )<br>)<br>)<br>) |
| Defendants. | ) |

## NOTICE OF MOTION

To   John Billhorn                                         Michael C. Keberlein Gutierrez
     Billhorn Law Firm                                    Legal Assistance Foundation of
     515 N. State Street, Suite 2200              Metropolitan Chicago
     Chicago, Illinois 60610                           111 West Jackson, Suite 300
     E-mail: jbillhorn@billhornlaw.com     Chicago, Illinois 60604
                                                                       mkeberle@lafchicago.org

   PLEASE TAKE NOTICE that on March 25, 2008 at 9:00 a.m., or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Judge James B. Moran sitting in Courtroom 1843 of the Dirksen Federal Building, and then and there present Defendants' **Motion for Rule 16 Conference and Other Relief**, a copy of which is attached hereto and hereby served upon you, and proceed with a hearing *instanter* thereon.

                                                                            Respectfully Submitted,

                                                                            IVANHOE CLUB, RAYMOND
Gregg I. Minkow                                            KONDZIELA, and TOM PRICHARD,
Hinshaw & Culbertson LLP                        Defendants
222 N. LaSalle, Suite 300
Chicago, IL 60601
312-704-3000
ARDC No.: 6181058                                    By: s/Gregg I. Minkow
E-mail: gminkow@hinshawlaw.com                 One of their Attorneys

6293739v1 798051