**EXHIBIT A**

-----Original Message-----
**From:** John Billhorn [mailto:jbillhorn@billhornlaw.com]
**Sent:** Monday, March 17, 2008 3:08 PM
**To:** 'Gregg I Minkow'
**Cc:** 'Jodi Hoare'
**Subject:** RE: Bello, et al. v. Ivanhoe, et al., No. 07 CV 7121

Mr. Minkow:

Highlighting the fact that your motion is premature and not compliant with local rules, I have made some progress on the two depositions that you seek.

We have reached Mr. Miguel Sanchez who says he will speak with his current employer about taking off during the week of April 14th.  Without any promises we can accommodate you, is there a day that week that is better or worse for you?

Mr. Sanchez informs us that Rafael Gonzalez is in Mexico but returning next week, the week of 3/24.  As soon as he returns, we will inquire with him about dates he is available.

Please let us know as soon as possible about the week of 4/14, as that week is also filling in quickly for me.

**John W. Billhorn**
**Billhorn Law Firm**
**515 N. State Street / #2200**
**Chicago, IL 60610**
**(312) 464-1450**