**EXHIBIT C**

-----Original Message-----
**From:** Gregg I Minkow [mailto:gminkow@hinshawlaw.com]
**Sent:** Monday, March 17, 2008 8:09 PM
**To:** John Billhorn
**Cc:** David H. Levitt; mkeberle@lafchicago.org
**Subject:** Bello, et al. v. Ivanhoe, et al., No. 07 CV 7121


If you seriously contend that you and your co-counsel have had no time, between March 11th and April 11th, to present the Plaintiffs for their depositions, then I assume you will have no problem providing us with (i) the names of the cases with which each of you claims to be so engaged, and (ii) the names of the opposing attorneys in those cases with whom each of you claims to be so occupied, during that time period, as well as (iii) the specific dates and times at which you were already scheduled, as of March 11th, for depositions and hearings in those other cases.

Please provide us with that information well before the hearing which is scheduled for next Tuesday; thank you in advance.


Gregg I. Minkow
Hinshaw & Culbertson LLP
222 N. LaSalle Street, Suite 300
Chicago, IL  60601-1081
(847) 489-6999 Cell
(312) 704-3955 Direct Dial
(312) 704-3001 Facsimile
E-mail:  gminkow@hinshawlaw.com


**"John Billhorn" <jbillhorn@billhornlaw.com>**

03/17/2008 05:36 PM

To "'Gregg I Minkow'" <gminkow@hinshawlaw.com>
cc
Subject RE: Bello, et al. v. Ivanhoe, et al., No. 07 CV 7121


Gregg,

As you should realize at the seasoned age of 50, or simply from Judge Moran's previous ruling, is that the case will not proceed based upon what is best for your client.  Our discovery is simple.  If you require any clarifications, you can ask and we will be more than happy to guide you along.

These dates are the best we can do, and you should agree to them as they are offered so we can get things scheduled.  If you think you can get Judge Moran to sequence discovery to your advantage, give it a try.  Perhaps he will allow Plaintiffs to get all discovery from Defendants first so I can properly "prepare" them for deposition, but I don't think that is how it works.  I'm only 47 though.

I won't hold the dates if you are unwilling to commit to them.

**John W. Billhorn**

**Billhorn Law Firm**

**515 N. State Street / #2200**

**Chicago, IL 60610**

**(312) 464-1450**

-----Original Message-----
**From:** Gregg I Minkow [mailto:gminkow@hinshawlaw.com]
**Sent:** Monday, March 17, 2008 4:40 PM
**To:** John Billhorn
**Cc:** 'Jodi Hoare'; David H. Levitt
**Subject:** RE: Bello, et al. v. Ivanhoe, et al., No. 07 CV 7121

John, you are still preventing us from taking depositions until you anticipate that all of your own discovery is completed.  This is not acceptable for the reasons I tried to communicate to you in person, and ultimately communicated in our motion.  We need to know the who, what, where, when, and how of your clients' allegations before we can comply with your discovery requests, and in order to have a reasonable opportunity to prepare our clients to be deposed.  What we are asking for is fair.  I am available to discuss ways this can be accomplished, or if you prefer, you can discuss them with my partner, Dave Levitt.

Gregg I. Minkow
Hinshaw & Culbertson LLP
222 N. LaSalle Street, Suite 300
Chicago, IL  60601-1081
(847) 489-6999 Cell
(312) 704-3955 Direct Dial
(312) 704-3001 Facsimile
E-mail:  gminkow@hinshawlaw.com

"John Billhorn" <jbillhorn@billhornlaw.com>

03/17/2008 03:08 PM

To "'Gregg I Minkow'" <gminkow@hinshawlaw.com>
cc "'Jodi Hoare'" <jodi@billhornlaw.com>
Subject RE: Bello, et al. v. Ivanhoe, et al., No. 07 CV 7121

Mr. Minkow:

Highlighting the fact that your motion is premature and not compliant with local rules, I have made some progress on the two depositions that you seek.

We have reached Mr. Miguel Sanchez who says he will speak with his current employer about taking off during the week of April 14th. Without any promises we can accommodate you, is there a day that week that is better or worse for you?

Mr. Sanchez informs us that Rafael Gonzalez is in Mexico but returning next week, the week of 3/24. As soon as he returns, we will inquire with him about dates he is available.

Please let us know as soon as possible about the week of 4/14, as that week is also filling in quickly for me.


**John W. Billhorn**

**Billhorn Law Firm**

**515 N. State Street / #2200**

**Chicago, IL 60610**

**(312) 464-1450**