EXHIBIT E

-----Original Message-----
**From:** Gregg I Minkow [mailto:gminkow@hinshawlaw.com]
**Sent:** Friday, March 21, 2008 4:56 PM
**To:** John Billhorn
**Cc:** David H. Levitt; 'Jodi Hoare'
**Subject:** RE: Bello, et al. v. Ivanhoe, et al., No. 07 CV 7121


The offer to produce some of your clients for deposition the week of 4/14 ignores our basic objection. Unless there is a more general restructuring of the discovery deadlines, the week of 4/14 is too late. Among other things, your offer would still result in the defendants having to stumble through the case blindly while they try to prepare for and comply with plaintiffs' discovery.

I think our position on this has been clear and consistent. In response, you have not made any offers that seem designed to accommodate the defendants' legitimate interests, or to avoid either party having an unfair advantage.

Gregg I. Minkow
Hinshaw & Culbertson LLP
222 N. LaSalle Street, Suite 300
Chicago, IL  60601-1081
(847) 489-6999 Cell
(312) 704-3955 Direct Dial
(312) 704-3001 Facsimile
E-mail:  gminkow@hinshawlaw.com