IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **ANTONIO BELLO, MIGUEL SANCHEZ, AND RAPHEAL GONZALEZ,** on behalf of themselves and all other plaintiffs known and unknown,<br><br>   Plaintiffs<br><br>   v.<br><br>**IVANHOE CLUB, RAYMOND KONDZIELA, INDIVIDUALLY, AND TOM PRICHARD, INDIVIDUALLY**<br><br>   Defendants | **N<u>o.</u>** 07 CV 7121<br><br>**Honorable Judge  Moran**<br><br><u>*JURY DEMAND*</u> |

### NOTICE OF FILING

TO: Gregg I. Minkow
   Hinshaw & Culbertson LLP
   222 N. LaSalle Street, Suite 300
   Chicago, IL 60601-1081

  PLEASE TAKE NOTICE that on March 24, 2008, I shall cause to be filed with the Clerk of the United States District Court locate at the Everett Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, **Plaintiffs' Response TO Defendants' Motion For Rule 16 Conference and Other Relief** , a copy of which is attached hereto.

               s/ John W. Billhorn
               *Electronically Filed 3/24/2008*
               _____
               John W. Billhorn

## CERTIFICATE OF SERVICE

      The undersigned, hereby states under oath, that on March 24, 2008, he caused to be served upon the attorneys of record shown above, the pleading referenced herein by the Court's ECF system or as otherwise directed.

      s/ John W. Billhorn
      _____
      John W. Billhorn

BILLHORN LAW FIRM
515 N. State Street / Suite 2200
Chicago, Illinois 60610
(312) 464-1450