**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Antonio Bello, et al.
                                 Plaintiff,

v.                                                  Case No.: 1:07−cv−07121
                                                  Honorable James B. Moran

Ivanhoe Club, et al.
                                   Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 25, 2008:

      MINUTE entry before Judge Honorable James B. Moran:Defendants' motion for Rule 16 conference and other relief [17] is granted in part and denied in part. All oral discovery shall proceed after the completion of written discovery. Defendants are granted an additional 14 days, up to and including 4/14/2008 to respond to Plaintiffs' outstanding written discovery. Plaintiffs shall respond to Defendants written discovery within 14 days after service thereof. Motion hearing held on 3/25/2008 [17]. Mailed notice(ldg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.