

Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7121 | **DATE** | 4/8/2008 |
| **CASE TITLE** | ANTONIO BELLO, et al vs. IVANHOE CLUB, et al | | |

**DOCKET ENTRY TEXT**

Enter Protective Order regarding sensitive information of employees of Ivanhoe Club as well as certain non-public financial information of the Defendants.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | LG |
|---|---|---|