IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTONIO BELLO, MIGUEL SANCHEZ, and RAFAEL GONZALEZ, on behalf of themselves and all other plaintiffs known and unknown,<br><br>                Plaintiffs,<br>v.<br><br>IVANHOE CLUB; RAYMOND KONDZIELA, individually, and TOM PRICHARD, individually,<br><br>                Defendants. | No. 07 CV 7121<br><br>Honorable Judge James B. Moran<br><br>Magistrate Judge Brown |

## PROTECTIVE ORDER

**THIS CAUSE COMING** on motion of the Defendants for a protective order in order to protect sensitive information of employees of Ivanhoe Club as well as certain non-public financial information of the Defendants, the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** as follows:

1.    The named Plaintiffs, and any future Plaintiffs who may opt into this lawsuit, shall not use or disclose any individually-identifiable information, provided by the Defendants, pertaining to other current or former employees of Ivanhoe Club, including but not limited to their individual compensation, home addresses, telephone numbers, or social security numbers, for any purpose other than what is reasonably necessary for the conduct of the above-captioned lawsuit. Such information, when provided by the Defendants, shall initially be for the eyes of Plaintiffs' attorneys only. Plaintiffs' attorneys shall obtain written agreement from the Defendants' attorneys or approval by the Court before disclosing such information to any other persons, except their staffs and consulting experts who agree to abide by the foregoing

restrictions on use and disclosure, and the current or former employee to whom the individually-identifiable information pertains; and

2. The named Plaintiffs, and any future Plaintiffs who may opt into this lawsuit, shall not use or disclose any information, provided by the Defendants and not generally available to the public, pertaining to tax filings and other financial circumstances of the Defendants, for any purpose except what is reasonably necessary for the conduct of this lawsuit. Such information, when provided by the Defendants, shall initially be for the eyes of Plaintiffs' attorneys only. Plaintiffs' attorneys shall obtain written agreement from the Defendants' attorneys or approval by the Court before disclosing such information to any other persons, except their staffs and consulting experts who agree to abide by the foregoing restrictions on use and disclosure, and the Defendants themselves or their attorneys (including in the course of depositions).

Dated: April 8, 2008

ENTER:

_____
Judge

Gregg I. Minkow
Hinshaw & Culbertson LLP
Attorney for Defendants
222 N. LaSalle, Suite 300
Chicago, IL 60601
312-704-3000
ARDC No.: 6181058
E-mail: gminkow@hinshawlaw.com

2

6305184v1 798051