Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 7121 | DATE | 4/15/2008 |
| CASE TITLE | ANTONIO BELLO, et al vs. IVANHOE CLUB, et al | | |

**DOCKET ENTRY TEXT**

Enter Agreed Order. The deadline for all parties to respond to outstanding written discovery is extended through April 21, 2008, including interrogatories, document requests, and requests to admit.

■ [ For further detail see separate order(s).]   Docketing to mail notices.



| | Courtroom Deputy Initials: | LG |
|---|---|---|