IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTONIO BELLO, MIGUEL SANCHEZ, and RAFAEL GONZALEZ, on behalf of themselves and all other plaintiffs known and unknown, | ) ) ) ) No. 07 CV 7121 ) |
| Plaintiffs, | ) Honorable Judge James B. Moran |
| v. | ) ) Magistrate Judge Brown |
| IVANHOE CLUB; RAYMOND KONDZIELA, individually, and TOM PRICHARD, individually, | ) ) ) ) |
| Defendants. | ) ) |

### AGREED ORDER

**THIS CAUSE COMING ON** by agreement of the parties and pursuant to their mutual oral motion, the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that the deadline for all parties to respond to outstanding written discovery is extended through April 21, 2008, including interrogatories, document requests, and requests to admit.

Dated: April 15, 2008                                    ENTER:

_____
Judge

Gregg I. Minkow
Hinshaw & Culbertson LLP
Attorney for Defendants
222 N. LaSalle, Suite 300
Chicago, IL 60601
312-704-3000
ARDC No.: 6181058
E-mail: gminkow@hinshawlaw.com

6306716v1 798051