IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTONIO BELLO, MIGUEL SANCHEZ, and RAFAEL GONZALEZ, on behalf of themselves and all other plaintiffs known and unknown,<br><br>      Plaintiffs,<br><br>v.<br><br>IVANHOE CLUB; RAYMOND KONDZIELA, individually, and TOM PRICHARD, individually,<br><br>      Defendants. | )<br>)<br>)<br>)<br>) No. 07 CV 7121<br>)<br>) Honorable Judge James B. Moran<br>)<br>) Magistrate Judge Brown<br>)<br>)<br>)<br>)<br>) |

## STIPULATION TO EXTEND TIME FOR DISCOVERY RESPONSES

**THE UNDERSIGNED ATTORNEYS**, on behalf of the parties, hereby stipulate and agree that the deadline for all parties to respond to outstanding written discovery is extended through April 28, 2008, including interrogatories, document requests, and requests to admit, in order to accommodate exploration of settlement possibilities.

Dated: April 21, 2008

Agreed for Defendants:

*/s/ Gregg V. Minkow*
Gregg V. Minkow
Hinshaw & Culbertson LLP
Attorney for Defendants
222 N. LaSalle, Suite 300
Chicago, IL 60601
312-704-3000
ARDC No.: 6181058
E-mail: gminkow@hinshawlaw.com

Agreed for Plaintiffs:

*/s/ John Billhorn*
John Billhorn
Billhorn Law Firm
515 N. State Street, Suite 2200
Chicago, Illinois 60610
E-mail: jbillhorn@billhornlaw.com

6306716v2 798051