IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTONIO BELLO, MIGUEL SANCHEZ, and RAFAEL GONZALEZ, on behalf of themselves and all other plaintiffs known and unknown, | )<br>)<br>)<br>)<br>) Case No.: 07 C 7121 |
| Plaintiffs, | ) Honorable Judge James B. Moran |
| v. | )<br>)<br>) Magistrate Judge Brown |
| IVANHOE CLUB, RAYMOND KONZIELA, individually, and TOM PRICHARD, individually, | )<br>)<br>)<br>) |
| Defendants. | ) |

**NOTICE OF FILING**

To   John Billhorn                         Michael C. Keberlein Gutierrez
     Billhorn Law Firm                     Legal Assistance Foundation of
     515 N. State Street, Suite 2200       Metropolitan Chicago
     Chicago, Illinois 60610               111 West Jackson, Suite 300
     E-mail: jbillhorn@billhornlaw.com     Chicago, Illinois 60604
                                           mkeberle@lafchicago.org

   PLEASE TAKE NOTICE that on April 21, 2008, I caused to be filed the parties' **Stipulation to Extend Time for Discovery Responses**, with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, using the CM/ECF system which will send notification of such filings(s) to the above-referenced attorneys.

                                           IVANHOE CLUB, RAYMOND
                                           KONDZIELA, and TOM PRICHARD,
                                           Defendants

Gregg I. Minkow
Hinshaw & Culbertson LLP
222 N. LaSalle, Suite 300
Chicago, IL 60601                          By:  s/Gregg I. Minkow
312-704-3000                                    One of their Attorneys
ARDC No.:  6181058
E-mail: gminkow@hinshawlaw.com

6310058v1 798051