IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTONIO BELLO, MIGUEL SANCHEZ, and RAFAEL GONZALEZ, on behalf of themselves and all other plaintiffs known and unknown, | ) ) ) ) ) |
| Plaintiffs, | ) Case No.: 07 C 7121 ) ) Honorable Judge James B. Moran |
| v. | ) ) ) Magistrate Judge Brown |
| IVANHOE CLUB, RAYMOND KONZIELA, individually, and TOM PRICHARD, individually, | ) ) ) ) |
| Defendants. | ) |

**NOTICE OF FILING**

To   John Billhorn                              Michael C. Keberlein Gutierrez
     Billhorn Law Firm                          Legal Assistance Foundation of
     515 N. State Street, Suite 2200            Metropolitan Chicago
     Chicago, Illinois 60610                    111 West Jackson, Suite 300
     E-mail: jbillhorn@billhornlaw.com          Chicago, Illinois 60604
                                                mkeberle@lafchicago.org

   PLEASE TAKE NOTICE that on April 24, 2008, I caused to be filed the parties' **Stipulation to Extend Time for Discovery Responses**, with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, using the CM/ECF system which will send notification of such filings(s) to the above-referenced attorneys.

                                                IVANHOE CLUB, RAYMOND
                                                KONDZIELA, and TOM PRICHARD,
                                                Defendants

Gregg I. Minkow
Hinshaw & Culbertson LLP
222 N. LaSalle, Suite 300
Chicago, IL 60601                               By:  s/Gregg I. Minkow
312-704-3000                                         One of their Attorneys
ARDC No.: 6181058
E-mail: gminkow@hinshawlaw.com

6311919v1 798051