IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTONIO BELLO, MIGUEL SANCHEZ, AND RAPHEAL GONZALEZ, on behalf of themselves and all other plaintiffs known and unknown,<br><br>  Plaintiffs<br><br>  v.<br><br>IVANHOE CLUB, RAYMOND KONDZIELA, INDIVIDUALLY, AND TOM PRICHARD, INDIVIDUALLY<br><br>  Defendants | No. 07 CV 7121<br><br>Honorable Judge Moran<br><br><br><br>*JURY DEMAND* |

## MOTION FOR LEAVE TO WITHDRAW

NOW COMES Plaintiffs' counsel, in the person of John W. Billhorn of the Billhorn Law Firm and in support of his Motion For Leave To Withdraw as counsel for Plaintiff Antonio Bello, states as follows:

1. This matter was filed with the United States District Court for the Northern District of Illinois, Eastern Division on approximately December 20, 2007.

2. During the early part of March, 2008, Plaintiffs' counsel attempted contact with Plaintiffs for the purpose of preparing written discovery responses and to establish dates for depositions as requested by Defendants.

3. Plaintiff Miguel Sanchez and Raphael Gonzalez responded to Plaintiffs' counsel's communication's. Plaintiff Antonio Bello did not respond.

4. Plaintiffs' counsel has repeatedly tried to contact Mr. Bello at his last known phone number and last known address, but to no avail.

5.      Due to repetitive attempts to locate Mr. Bello and Mr. Bello's non-response and non-participation, Plaintiffs' counsel can not effectively represent Mr. Bello or move forward with settlement negotiations on his behalf.

6.      Presently, Plaintiffs Sanchez and Gonzalez have participated in and are working through settlement negotiations.  Resolution of those claims is anticipated and the parties' Motion For Approval should be filed in the very near future.

WHEREFORE, John W. Billhorn requests this Court grant him leave to withdraw as counsel for Plaintiff Antonio Bello, and for such additional relief the Court deems necessary under the circumstances.

Respectfully submitted,

s/ John W. Billhorn
*Electronically Filed 5/01/2008*

John W. Billhorn, attorney for Plaintiffs

BILLHORN LAW FIRM
515 N. State Street
Suite 2200
Chicago, IL 60610
(312) 464-1450