IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **ANTONIO BELLO, MIGUEL SANCHEZ, AND RAPHEAL GONZALEZ,** on behalf of themselves and all other plaintiffs known and unknown,<br><br>        Plaintiffs<br><br>        v.<br><br>**IVANHOE CLUB, RAYMOND KONDZIELA, INDIVIDUALLY, AND TOM PRICHARD, INDIVIDUALLY**<br><br>        Defendants | **N<u>o.</u>** 07 CV 7121<br><br>**Honorable Judge Moran**<br><br><br><br>*<u>JURY DEMAND</u>* |

## NOTICE OF MOTION

TO:   Gregg I. Minkow, et al                           Antonio Bello
      Hinshaw & Culbertson, LLP                        1027 Idlewild Drive
      222 N. LaSalle Street, Suite 300                 Round Lake, IL 60073
      Chicago, IL 60601

   PLEASE TAKE NOTICE that on <u>May 8, 2008</u> at 9:00 a.m. that we shall appear before the <u>Honorable Judge Moran</u> in <u>Courtroom 1843</u> of the United States Courthouse, 219 S. Dearborn, Chicago, IL., and then and there present the attached **MOTION TO WITHDRAW**, a copy of which is hereby served upon you.

                                                   s/ John W. Billhorn
                                                   *Electronic Filed 05/01/2008*

                                                   _____
                                                   John W. Billhorn

BILLHORN LAW FIRM
515 N. State Street / Suite 2200
Chicago, IL 60610
(312) 464-1450

## CERTIFICATE OF SERVICE

The undersigned, a non-attorney, hereby attests under oath that on May 1, 2008, she caused to be served upon the individuals as referenced below, the documents referenced herein **MOTION TO WITHDRAW,** by means of the courts ECF system or as other wise indicated.

Gregg I. Minkow, et al
Hinshaw & Culbertson, LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601

Antonio Bello          (Via U.S. certified mail and U.S. Regular Mail)
1027 Idlewild Drive
Round Lake, IL 60073

`
                                         s/ Jodi S. Hoare

                                         _____
                                         Jodi S. Hoare