IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTONIO BELLO, MIGUEL SANCHEZ, and RAFAEL GONZALEZ, on behalf of themselves and all other plaintiffs known and unknown, <br><br>　　　　Plaintiff <br><br>　v <br><br>IVANHOE CLUB; RAYMOND KONDZIELA, individually, and TOM PRICHARD, individually, <br><br>　　　　Defendants | Case No. 07 CV 7121 <br><br> Honorable Judge James B. Moran <br><br> Magistrate Judge Brown |

## JOINT MOTION FOR COURT
## APPROVAL OF SETTLEMENT

NOW COME the Defendants and Plaintiffs Sanchez and Gonzalez (collectively "the Parties"), by and through their respective attorneys, and they jointly move for the Court to approve the settlement entered between the Defendants and Plaintiffs Gonzalez and Sanchez. In support of the motion, the parties state as follows:

1.　　Plaintiffs filed a complaint against Defendants under the Fair Labor Standards Act, 29 U.S.C. § 201, *et. seq.*, arising out of their former employment at the Ivanhoe Club. The three named Plaintiffs are former grounds maintenance employees.

2.　　No motion to certify a Section 216 class has been file by the Plaintiffs and no other third parties have opted into this litigation.

3. Following negotiations between counsel for the Defendants and counsel for Mr. Sanchez and Mr. Gonzalez, the Parties have reached a mutually satisfactory settlement.

4. Plaintiff Antonio Bello is not participating in this settlement or Motion.

5. When employees bring a private action against their employer or former employer for back wages under the FLSA, and the parties present to the district court a proposed settlement, the district court may enter an order dismissing the case after scrutinizing the settlement to insure that it is a fair and reasonable resolution of a bona fide dispute over wages under the FLSA.  ***Lynn's Food Stores v. United States***, 679 F.2d 1350, 1355 (11th Cir. 1982); see also ***Walton v. United Consumers Club, Inc.***, 786 F.2d 303, 306 (7th Cir. 1986).

6. Submitted herewith for *in camera* inspection is the Settlement Agreement entered into between Defendants and Plaintiffs Gonzalez and Sanchez.

7. The parties request that the Court approve the Settlement Agreement because it is a fair and reasonable resolution of bona fide disputes over wages under the FLSA.

WHEREFORE, for the foregoing reasons, Plaintiffs Gonzalez and Sanchez and Defendants respectfully request that this Court enter an Order approving the Settlement Agreement as a fair and reasonable resolution of bona fide disputes under the FLSA.

| For the Defendants: | For the Plaintiffs, Miguel Sanchez and Rafael Gonzalez: |
|---|---|
| By: __Gregg I. Minkow_____<br>     One of its attorneys | By: ____John W. Billhorn_ (by permission)_<br>     One of their attorneys |

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2008, I had this **Joint Motion for Court Approval of Settlement** electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

By:    s/Gregg I. Minkow
Gregg I. Minkow
HINSHAW & CULBERTSON
222 N. LaSalle Street, Ste 300
Chicago, IL 60601
(312) 704-3000
gminkow@hinshawlaw.com

6312370v1 798051