## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| ANTONIO BELLO, MIGUEL SANCHEZ, and RAFAEL GONZALEZ, on behalf of themselves and all other plaintiffs known and unknown,<br><br>    Plaintiff<br><br>    v<br><br>IVANHOE CLUB; RAYMOND KONDZIELA, individually, and TOM PRICHARD, individually,<br><br>    Defendants | Case No. 07 CV 7121<br><br>Honorable Judge James B. Moran<br><br>Magistrate Judge Brown |

## NOTICE OF MOTION

To:  John W. Billhorn, Esq.
     Billhorn Law Firm
     515 N. State Street, Suite 2200
     Chicago, IL 60610

    PLEASE TAKE NOTICE that on **May 8, 2008 at 9:00 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge James B. Moran, or any judge sitting in his stead in Courtroom 1843 in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and shall then and there present the attached ***Joint Motion for Court Approval of Settlement***, a copy of which is attached hereto and herewith served upon you.

| | |
|---|---|
| Gregg I Minkow, Esq.<br>HINSHAW & CULBERTSON LLP<br>222 N. LaSalle Street<br>Suite 300<br>Chicago, IL 60601-1081<br>312-704-3000 | Respectfully submitted,<br><br>IVANHOE CLUB; RAYMOND<br>KONDZIELA, individually, and TOM<br>PRICHARD, individually,<br><br>By:    s/Gregg I. Minkow<br>       One of the attorneys for the Defendants |

6310023v1 857219

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2008, I had this **Notice of Joint Motion for Court Approval of Settlement** electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

By: ___s/Gregg I. Minkow___
    Gregg I. Minkow
    HINSHAW & CULBERTSON
    222 N. LaSalle Street, Ste 300
    Chicago, IL 60601
    (312) 704-3000
    gminkow@hinshawlaw.com

6310023v1 857219