**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>Antonio Bello, Miguel Sanchez, and Rafael Gonzalez, on behalf of themselves and all other Plaintiffs similarly situated known and unknown,                    Plaintiffs,<br><br>                  v.<br><br>Ivanhoe Club, Raymond Kondziela, individually, and Tom Prichard, individually,                    Defendants. | Case Number:<br><br>07 C 7121 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Ivanhoe Club, Raymond Kondziela, individually, and Tom Prichard, individually

| NAME (Type or print) |
|---|
| Scott M. Gilbert |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
|         s/ Scott M. Gilbert |

| FIRM |
|---|
| Hinshaw & Culbertson LLP |

| STREET ADDRESS |
|---|
| 222 North LaSalle Street, Suite 300 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL  60601-1081 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6282951 | (312) 704-3000 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
|---|---|---|

| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
|---|---|---|

| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☒ |
|---|---|---|

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☒ |
|---|---|---|

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.
RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐

American LegalNet, Inc.
www.USCourtForms.com