# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | James B. Moran | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7121 | **DATE** | 5/8/2008 |
| **CASE TITLE** | ANTONIO BELLO, et al vs. IVANHOE CLUB, et al | | |

**DOCKET ENTRY TEXT**

Plaintiffs' motion for leave to withdraw [31] is granted. John W. Billhorn is withdrawn as counsel for plaintiff Antonio Bello.

Docketing to mail notices.

| | Courtroom Deputy Initials: | LG |
|---|---|---|