IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTONIO BELLO, MIGUEL SANCHEZ, and RAFAEL GONZALEZ, on behalf of themselves and all other plaintiffs known and unknown,<br><br>   Plaintiff<br><br> v<br><br>IVANHOE CLUB; RAYMOND KONDZIELA, individually, and TOM PRICHARD, individually,<br><br>   Defendants | Case No. 07 CV 7121<br><br>Honorable Judge James B. Moran<br><br>Magistrate Judge Brown |

**DEFENDANTS' MOTION TO VACATE DISCOVERY DEADLINES AND TO ORDER THE FILING OF A SUBSTITUTE APPEARANCE OF PLAINTIFF BY A DATE CERTAIN**

  The Defendants, IVANHOE CLUB, RAYMOND KONDZIELA, and TOM PRICHARD, through their attorney Gregg I Minkow of Hinshaw & Culbertson LLP, in support of their Motion to Vacate Discovery Deadlines and to Order the Filing of a Substitute Appearance of Plaintiff by a Date Certain, state as follows:

  1. The Defendants in this matter recently reached a settlement with Plaintiffs Miguel Sanchez and Rafael Gonzalez, which was approved pursuant to the Court's order of May 8, 2008. (Dkt 35).

  2. Plaintiff Antonio Bello did not participate in the settlement process, and was not a party to the settlement reached, because his counsel was unable to establish contact with Bello.

  3. Due to that inability, Bello's counsel, John W. Billhorn, was granted leave to withdraw as counsel for Bello pursuant to the Court's order of May 8, 2008. (Dkt. 36).

4.  During the pendency of this litigation, the parties issued discovery to each other. The completion of that discovery, however, was stayed by the parties due to their settlement negotiations.

5.  Because Plaintiff Bello was not a party to the settlement, and because he is no longer represented by counsel, the completion of discovery remains an open issue.

6.  As both parties have discovery outstanding, and as Plaintiff Bello's change in counsel will require either he or his new counsel to become familiar with the facts of this matter, elements of fairness and judicial economy support staying the discovery process until the status of Plaintiff Bello's representation is made clear.

7.  In order to move this matter forward, it would be beneficial to all parties to set a date by which Plaintiff Bello either files an appearance on his own behalf or an appearance is filed on his behalf by new counsel, and by which the parties return before the Court to establish new discovery deadlines in this matter.

WHEREFORE, the Defendants respectfully request that this Honorable Court grant their Motion to Vacate Discovery Deadlines and to Order the Filing of a Substitute Appearance of Plaintiff by a Date Certain, and enter an vacating all outstanding discovery, with new deadlines to be established at the next status date, ordering that Plaintiff Bello enter an appearance on his own behalf or by new counsel by June 17, 2008, and setting this matter for status on Wednesday, June 18, 2008 at 9:00 a.m.

Respectfully submitted by:

/s/:Scott M. Gilbert
Attorney for the Defendants

Gregg I. Minkow, ARDC#6181058
Scott M. Gilbert, ARDC#6282951
Hinshaw & Culbertson LLP
222 N. LaSalle, Suite 300
Chicago, IL 60601
(312) 704-3000

## CERTIFICATE OF SERVICE

      I hereby certify that on May 19, 2008, I electronically filed the attached **Defendants' Motion To Vacate Discovery Deadlines and To Order The Filing Of A Substitute Appearance of Plaintiff By A Date Certain,** with the Clerk of the Court using the CM/ECF system.  The undersigned further certifies that a copy was served via ***certified mail and regular mail*** to Antonio Bello, 1027 Idlewild Drive, Chicago, IL 60601 on May 19, 2008.

| | |
|---|---|
| [x]   Under penalties as provided by law pursuant to section 1-109 of the Illinois Code of Civil Procedure, certify that the statements set forth herein are true and correct. | s/Scott M. Gilbert<br>Scott M. Gilbert |

6319898v1 798051

4

6319898v1 798051