IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTONIO BELLO, MIGUEL SANCHEZ, and RAPHEAL GONZALEZ, on behalf of themselves and all other plaintiffs known and unknown,<br><br>      Plaintiffs,<br><br>    v.<br><br>IVANHOE CLUB, RAYMOND KONZIELA, individually, and TOM PRICHARD, individually,<br><br>      Defendants. | Case No.: 07 C 7121<br><br>Judge: James Moran |

## NOTICE OF MOTION

*Via Regular and Certified Mail*

To   Antonio Bello
       1027 Idlewild Drive
       Chicago, IL 60601

     PLEASE TAKE NOTICE that on **May 27, 2008** at **9:00 a.m.**, or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Judge James B. Moran sitting in Courtroom 1843 of the Dirksen Federal Building, and then and there present **DEFENDANTS' MOTION TO VACATE DISCOVERY DEADLINES AND TO ORDER THE FILING OF A SUBSTITUTE APPEARANCE OF PLAINTIFF BY A DATE CERTAIN**, a copy of which is hereby served upon you, and proceed with a hearing *instanter* thereon.

                                                        Respectfully Submitted,

                                                          IVANHOE CLUB, RAYMOND
Gregg I. Minkow                                  KONDZIELA, and TOM PRICHARD,
Scott M. Gilbert                                     Defendants
Hinshaw & Culbertson LLP
222 N. LaSalle, Suite 300
Chicago, IL 60601
312-704-3000                                          By:  s/Scott M. Gilbert
ARDC No.:  6181058                                   One of their Attorneys
E-mail:  sgilbert@hinshawlaw.com

6320204v1 798051

## CERTIFICATE OF SERVICE

      Under penalties of perjury as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure (735 ILCS 5/1-109), the undersigned certifies that a copy of **DEFENDANTS' MOTION TO VACATE DISCOVERY DEADLINES AND TO ORDER THE FILING OF A SUBSTITUTE APPEARANCE OF PLAINTIFF BY A DATE CERTAIN** was served upon the above-referenced person at the above-referenced address via Certified Mail and Regular U.S. Mail on May 19, 2008 at or before 5:00 p.m.

                                                  s/Scott M. Gilbert
                                                  Scott M. Gilbert

6320204v1 798051