## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7121 | **DATE** | 5/27/2008 |
| **CASE TITLE** | ANTONIO BELLO, et al vs. IVANHOE CLUB, et al | | |

**DOCKET ENTRY TEXT**

Defendants' motion to vacate discovery deadlines and to order the filing of a substitute appearance of plaintiff by a date certain [37] is granted. Plaintiff Bello must enter an appearance on his own behalf or by new counsel by June 17, 2008. Status hearing held and continued to 6/18/2008 at 9:15 a.m.

Docketing to mail notices.

00:04

| | Courtroom Deputy Initials: | LG |
|---|---|---|