



**FILED**
Jul 16, 2008
JUL 1 6 2008

Judge James B. Moran
United States District Court

**ATTORNEYS AT LAW**
222 North LaSalle Street
Suite 300
Chicago, IL 60601-1081

312-704-3000
312-704-3001 (fax)
www.hinshawlaw.com

June 19, 2008

**CERTIFIED MAIL-RETURN RECEIPT & U.S. MAIL, FIRST CLASS**

Mr. Antonio Bello
1027 Idlewild Drive
Round Lake Beach, IL 60073-2569

    Re:    **Antonio Bello, et al. v. Ivanhoe Club, et al.; Case No. 07 C 7121**

Dear Mr. Bello:

    Enclosed please find a copy of the Order entered in Court on June 18, 2008 by Judge Moran in the above-referenced matter, along with the Court's Order of May 27, 2008 and Defendants' Motion to Vacate Discovery Deadlines and to Order the Filing of Substitute Appearance of Plaintiff by a Date Certain.

                        Very truly yours,

                        HINSHAW & CULBERTSON LLP

                        Gregg I. Minkow
                        312-704-3955
                        gminkow@hinshawlaw.com

GIM/nmb
Enclosures

6331669v1 798051

Arizona  California  Florida  Illinois  Indiana  Massachusetts  Minnesota  Missouri  New York  Oregon  Rhode Island  Wisconsin

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete Item 4 If Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X Juan Patilla   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>  Padilla |
| 1. Article Addressed to:<br><br>Mr. Antonio Bello<br>1027 Idlewild Drive<br>Round Lake Beach, IL<br>60073-2569 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7004 2890 0000 9628 9772 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Antonio Bello, et al.

                       Plaintiff,

v.                                          Case No.: 1:07–cv–07121
                                                      Honorable James B. Moran

Ivanhoe Club, et al.

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 18, 2008:

      MINUTE entry before the Honorable James B. Moran:Status hearing held on 6/18/2008 and continued to 7/16/2008 at 09:15 AM. Mailed notice(ldg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.

Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 7121 | DATE | 5/27/2008 |
| CASE TITLE | ANTONIO BELLO, et al vs. IVANHOE CLUB, et al | | |

**DOCKET ENTRY TEXT**

Defendants' motion to vacate discovery deadlines and to order the filing of a substitute appearance of plaintiff by a date certain [37] is granted. Plaintiff Bello must enter an appearance on his own behalf or by new counsel by June 17, 2008. Status hearing held and continued to 6/18/2008 at 9:15 a.m.

Docketing to mail notices.

00:04

| | Courtroom Deputy Initials: | LG |
|---|---|---|

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTONIO BELLO, MIGUEL SANCHEZ, and RAPHEAL GONZALEZ, on behalf of themselves and all other plaintiffs known and unknown,<br><br>    Plaintiffs,<br><br>v.<br><br>IVANHOE CLUB, RAYMOND KONZIELA, individually, and TOM PRICHARD, individually,<br><br>    Defendants. | Case No.: 07 C 7121<br><br>Judge: James Moran |

## NOTICE OF MOTION

*Via Regular and Certified Mail*
To   Antonio Bello
       1027 Idlewild Drive
       Chicago, IL 60601

     PLEASE TAKE NOTICE that on **May 27, 2008 at 9:00 a.m.**, or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Judge James B. Moran sitting in Courtroom 1843 of the Dirksen Federal Building, and then and there present **DEFENDANTS' MOTION TO VACATE DISCOVERY DEADLINES AND TO ORDER THE FILING OF A SUBSTITUTE APPEARANCE OF PLAINTIFF BY A DATE CERTAIN**, a copy of which is hereby served upon you, and proceed with a hearing *instanter* thereon.

Respectfully Submitted,

IVANHOE CLUB, RAYMOND KONDZIELA, and TOM PRICHARD, Defendants

Gregg I. Minkow
Scott M. Gilbert
Hinshaw & Culbertson LLP
222 N. LaSalle, Suite 300
Chicago, IL 60601
312-704-3000
ARDC No.: 6181058
E-mail: sgilbert@hinshawlaw.com

By: s/Scott M. Gilbert
      One of their Attorneys

## **CERTIFICATE OF SERVICE**

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure (735 ILCS 5/1-109), the undersigned certifies that a copy of **DEFENDANTS' MOTION TO VACATE DISCOVERY DEADLINES AND TO ORDER THE FILING OF A SUBSTITUTE APPEARANCE OF PLAINTIFF BY A DATE CERTAIN** was served upon the above-referenced person at the above-referenced address via Certified Mail and Regular U.S. Mail on May 19, 2008 at or before 5:00 p.m.

s/Scott M. Gilbert
Scott M. Gilbert

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTONIO BELLO, MIGUEL SANCHEZ, and RAFAEL GONZALEZ, on behalf of themselves and all other plaintiffs known and unknown, <br><br> Plaintiff <br><br> v <br><br> IVANHOE CLUB; RAYMOND KONDZIELA, individually, and TOM PRICHARD, individually, <br><br> Defendants | Case No. 07 CV 7121 <br><br> Honorable Judge James B. Moran <br><br> Magistrate Judge Brown |

### DEFENDANTS' MOTION TO VACATE DISCOVERY DEADLINES AND TO ORDER THE FILING OF A SUBSTITUTE APPEARANCE OF PLAINTIFF BY A DATE CERTAIN

The Defendants, IVANHOE CLUB, RAYMOND KONDZIELA, and TOM PRICHARD, through their attorney Gregg I Minkow of Hinshaw & Culbertson LLP, in support of their Motion to Vacate Discovery Deadlines and to Order the Filing of a Substitute Appearance of Plaintiff by a Date Certain, state as follows:

1. The Defendants in this matter recently reached a settlement with Plaintiffs Miguel Sanchez and Rafael Gonzalez, which was approved pursuant to the Court's order of May 8, 2008. (Dkt 35).

2. Plaintiff Antonio Bello did not participate in the settlement process, and was not a party to the settlement reached, because his counsel was unable to establish contact with Bello.

3. Due to that inability, Bello's counsel, John W. Billhorn, was granted leave to withdraw as counsel for Bello pursuant to the Court's order of May 8, 2008. (Dkt. 36).

6319898v1 798051

4. During the pendency of this litigation, the parties issued discovery to each other. The completion of that discovery, however, was stayed by the parties due to their settlement negotiations.

5. Because Plaintiff Bello was not a party to the settlement, and because he is no longer represented by counsel, the completion of discovery remains an open issue.

6. As both parties have discovery outstanding, and as Plaintiff Bello's change in counsel will require either he or his new counsel to become familiar with the facts of this matter, elements of fairness and judicial economy support staying the discovery process until the status of Plaintiff Bello's representation is made clear.

7. In order to move this matter forward, it would be beneficial to all parties to set a date by which Plaintiff Bello either files an appearance on his own behalf or an appearance is filed on his behalf by new counsel, and by which the parties return before the Court to establish new discovery deadlines in this matter.

WHEREFORE, the Defendants respectfully request that this Honorable Court grant their Motion to Vacate Discovery Deadlines and to Order the Filing of a Substitute Appearance of Plaintiff by a Date Certain, and enter an vacating all outstanding discovery, with new deadlines to be established at the next status date, ordering that Plaintiff Bello enter an appearance on his own behalf or by new counsel by June 17, 2008, and setting this matter for status on Wednesday, June 18, 2008 at 9:00 a.m.

                Respectfully submitted by:

                /s/:Scott M. Gilbert
                Attorney for the Defendants

Gregg I. Minkow, ARDC#6181058
Scott M. Gilbert, ARDC#6282951
Hinshaw & Culbertson LLP
222 N. LaSalle, Suite 300
Chicago, IL 60601
(312) 704-3000

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2008, I electronically filed the attached **Defendants' Motion To Vacate Discovery Deadlines and To Order The Filing Of A Substitute Appearance of Plaintiff By A Date Certain**, with the Clerk of the Court using the CM/ECF system. The undersigned further certifies that a copy was served via *certified mail and regular mail* to Antonio Bello, 1027 Idlewild Drive, Chicago, IL 60601 on May 19, 2008.

[x]  Under penalties as provided by
     law pursuant to section 1-109 of
     the Illinois Code of Civil Procedure,
     certify that the statements set forth
     herein are true and correct.

                                                        s/Scott M. Gilbert
                                                        Scott M. Gilbert

6319898v1 798051